# United States District Court

WESTERN DISTRICT OF WASHINGTON

DAVID RAMOS

        v.

ATTORNEY DAVID L. MISTACHKIN

JUDGMENT IN A CIVIL CASE

CASE NUMBER: C07-5197FDB

☐   **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

XX   **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

The Court adopts the Report and Recommendation; and

This action is **DISMISSED** prior to service for failure to state a claim. **This dismissal is a strike pursuant to 28 U.S.C. 1915(g).**

 

   June 11, 2007                                             BRUCE RIFKIN
Date                                                                      Clerk

                                                                                *s/CM Gonzalez*
                                                                                Deputy Clerk